# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED KING, | CASE NO. 1:10cv0878 LJO SKO |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (Doc. 2) |
| CORCORAN STATE PRISON, | |
| Defendant. | |

Plaintiff is proceeding pro se in this action. Plaintiff filed his complaint on May 17, 2010, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is, therefore, GRANTED.

IT IS SO ORDERED.

**Dated:   May 22, 2010**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE