# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED KING,<br><br>      Plaintiff,<br><br>vs.<br><br>CORCORAN STATE PRISON<br><br>      Defendant. | CASE NO. 1:10CV00878 LJO SKO |
| FRED KING,<br><br>      Plaintiff,<br><br>vs.<br><br>WALDEN HOUSE | CASE NO. 1:10CV00879 OWW GSA<br><br>ORDER TO CONSOLIDATE to<br>CORRECT PLAINTIFF'S/FILING ERROR |

The Court has received and reviewed the two above-captioned complaints. They are identical allegations to-the-word. Plaintiff mistakenly filed two different actions, simply because there were two named-defendants. There should have been only one complaint filed, with both defendants named in the same caption.

The two complaints are ordered to be consolidated forthwith, and the first-filed complaint will be the number used. The caption will read as follows:

    Fred King v Corcoran State Prison; Walden House

    1:10-CV-00878 LJO/SKO

By this ORDER, this Court makes no finding on the appropriateness of the defendants' being named as parties.

IT IS SO ORDERED.

**Dated:   May 24, 2010**                    /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE